FILEDptr 11 APR 01 11:03 USDC-ORE

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

MICHAEL T. PATTERSON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, TRANS UNION LLC, WACHOVIA EDUCATION FINANCE, INC.,

    Defendants.

Civil Action No. 6:09-cv-06346-AA

**DISMISSAL ORDER**

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice;

IT IS ORDERED, ADJUDGED AND DECREED that the claims and demands of Plaintiff, MICHAEL T. PATTERSON, against Defendant EQUIFAX INFORMATION SERVICES LLC are hereby DISMISSED, WITH PREJUDICE, with each party to bear its own costs.

This 30 day of March, 2011

_____
Judge, United States District Court of Oregon

3